**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Atlas Heavy Engine Co.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Worldwide Diesel** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-1813073** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1515 Old US Highway 31 North Niles, MI 49120** <br> Number, Street, City, State & ZIP Code <br><br> **Berrien** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://worldwidediesel.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Atlas Heavy Engine Co.**                                                      Case number (if known) _____
           Name

**7.** **Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___7538___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check *all* that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Atlas Heavy Engine Co.**                                                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**█ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**          *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **Atlas Heavy Engine Co.**
_____     Case number (*if known*) _____
           Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor   **Atlas Heavy Engine Co.**
_____   Case number (*if known*)   _____
Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2023**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM / DD / YYYY

**X** */s/ Richard J. Campbell*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of authorized representative of debtor

**Richard J. Campbell**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed name

Title    **President/Member**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**18. Signature of attorney**

**X** */s/ Steven M. Bylenga*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of attorney for debtor

Date    **March 13, 2023**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM / DD / YYYY

**Steven M. Bylenga P73492**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed name

**CBH Attorneys & Counselors, PLLC.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm name

**MAIN OFFICE**
**25 Division Avenue S., Suite 500**
**Grand Rapids, MI 49503**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Number, Street, City, State & ZIP Code

Contact phone   **616-608-3061**    Email address   **nikki@chasebylenga.com**

**P73492 MI**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Bar number and State

# Consent Resolution to Reorganize under Chapter 11, Subchapter V, of the United States Bankruptcy Code

WHEREAS, Atlas Heavy Engine Co. (d.b.a. Worldwide Diesel), is a Michigan limited liability company ("Company"); and

WHEREAS, Richard J. Campbell ("Shareholder"), through shares owned individually and through his 401(k), is the sole shareholder; and

WHEREAS, the Shareholder has reviewed the financial condition of Company and discussed options for continued operation of the Company as a going concern; and

WHEREAS, the Shareholder has been advised by counsel to the Company regarding the various methods available to the Company for restructuring its financial affairs or winding down its business affairs and liquidating the Company's assets, including filing for relief under Title 11 of the United States Code (the "Bankruptcy Code"), assignment for the benefit of creditors, or settlement of claims with individual creditors of the Company; and

WHEREAS, the Shareholder has determined that it is in the best interest of the Company, its creditors, shareholders, employees, and other interested parties, that the Company attempt to restructure its financial affairs under the provisions of Chapter 11, Subchapter V, of the Bankruptcy Code based on the Shareholder's analysis of each of the other alternatives and management's recommendations with respect thereto; and

WHEREAS, the Shareholder wishes to authorize the officers of the Company to take certain actions in connection with commencing and prosecuting a Chapter 11, Subchapter V case, including filing a voluntary petition for relief under the provisions of the Chapter 11, Subchapter V, of the Bankruptcy Code and causing a Plan of Reorganization to be prepared for consideration and approval by the Company's creditors, members, other interest parties, and the Bankruptcy Court;

NOW THEREFORE IT IS RESOLVED that, in the judgment of the Shareholder, it is desirable and in the best interests of the Company, its creditors, shareholders, employees, and other interested parties, that the Company commence a Chapter 11 case by filing a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED that Richard J. Campbell, the President of the Company (the "Authorized Officer") be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Michigan in which the principal executive offices of the Company are located (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Authorized Officer may deem necessary, proper, or desirable in connection with the Chapter 11 case, with a view to successful prosecution of the case; and it is

FURTHER RESOLVED that the law firm of CBH Attorneys & Counselors, PLLC, with offices at 25 Division S., Suite 500, Grand Rapids, Michigan 49503 be, and hereby is, employed as attorneys for the Company under an Engagement Letter and pursuant to such other terms and conditions as the Authorized Officer may determine and as set forth in a written retainer agreement; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to take such action as may reasonably be required to settle or reduce the claims of creditors of the Company and/or receive value from the use or sale of the Company's assets prior to the commencement of the Company's Chapter 11 case; and it is

FURTHER RESOLVED that the Authorized Officer shall, with the assistance of counsel, enter into discussions with creditors of the Company with respect to the terms and conditions of an acceptable Plan of Reorganization, which Plan shall be submitted to the Shareholder for review and approval, and take such actions as may be required to obtain the approval of such Plan by the Company's creditors, member, and the Bankruptcy Court; and it is

FURTHER RESOLVED that upon confirmation of the Plan of Reorganization the officers of the Company shall take such actions as may be reasonably required in order for the Company to perform its obligations under such Plan, including entering into such agreements with creditors of the Company as may be necessary to restructure any outstanding obligations of the Company to such creditors; and it is

FURTHER RESOLVED that the officers of the Company shall render regular reports to the Shareholder regarding the progress of the Chapter 11 case and that the officers and the Shareholder shall continue to meet on a regular basis during the Chapter 11 case to discharge its duties as the debtor-in-possession of the Company's assets.

Dated: 3/13/2023

By: _____
Richard J. Campbell, individually

Dated: 3/13/2023

By: _____
Richard J. Campbell, on behalf of
Atlas Heavy Engine Co. 401(k) Plan
f/b/o Richard Campbell

**Fill in this information to identify the case:**

Debtor name __**Atlas Heavy Engine Co.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**March 13, 2023**__          X */s/ Richard J. Campbell*
                                        Signature of individual signing on behalf of debtor

                                        **Richard J. Campbell**
                                        Printed name

                                        **President/Member**
                                        Position or relationship to debtor

Official Form 202                   Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Atlas Heavy Engine Co.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AEP - Indiana Michigan Power PO Box 24401 Canton, OH 44701-4401** | **800-311-6424** | **Utility** | | | | **$1,563.41** |
| **American Express PO Box 60189 City of Industry, CA 91716-0189** | | **Credit Card** | | | | **$45,262.11** |
| **American Express PO Box 60189 City of Industry, CA 91716-0189** | | **Credit Card** | | | | **$16,822.52** |
| **Andy Staten 25541 McKenzie St Dowagiac, MI 49047** | | **Current through last pay period. Amounts listed are estimated pro rata for current work period through the date of filing.** | | | | **$982.00** |
| **Brunetti Express 6254 W. Fallsgrove Ln Port Orange, FL 32128** | | **Vendor** | | | | **$10,033.00** |
| **Central Transport PO Box 33299 Detroit, MI 48232** | **586-467-1900** | **Vendor** | | | | **$1,377.23** |
| **Clarksville Stave & Lumber Co 2808 Jasper Rd Xenia, OH 45385** | **937-378-4618** | **Vendor** | | | | **$1,350.00** |
| **Henry & Sons Equipment Repair 203 W Polk Shelburn, IN 47879** | **812-870-6449** | **Vendor/Services** | | | | **$14,369.91** |

| Debtor | **Atlas Heavy Engine Co.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Huntington Bank Commercial Loan Servicing 2361 Morse Rd Columbus, OH 43229** | **lhall@plunkettcooney.com** | **Credit Card** | | | | **$13,999.64** |
| **Huntington Bank Commercial Loan Servicing 2361 Morse Rd Columbus, OH 43229** | **lhall@plunkettcooney.com** | **1515 Old US Highway 31 North Niles, Michigan 49120 Tax ID # 11-14-0023-0038-00-4**<br><br>**Real property insured by Frankenmuth Insurance through 09/27/202** | | **$3,392,000.00** | **$650,000.00** | **$2,742,000.00** |
| **Huntington Bank Commercial Loan Servicing 2361 Morse Rd Columbus, OH 43229** | **lhall@plunkettcooney.com** | **Inventory, chattel paper, accounts, intangibles.** | | **$304,000.00** | **$0.00** | **$304,000.00** |
| **Jason Long 1119 Pearson Ave Niles, MI 49120** | | **Current through last pay period. Amounts listed are estimated pro rata for current work period through the date of filing.** | | | | **$1,150.00** |
| **Kathleen Long 1119 Pearson Ave Niles, MI 49120** | | **Current through last pay period. Amounts listed are estimated pro rata for current work period through the date of filing.** | | | | **$1,105.00** |
| **Movin' Out PO Box 97 Slipper Rock, PA 16054** | **724-794-6828** | **Vendor/Services** | | | | **$1,995.00** |
| **Noland Cylinder Head Service 1519 Charlone Kansas City, MO 64108** | **816-472-5167** | **Vendor/Services** | | | | **$7,682.50** |

Debtor **Atlas Heavy Engine Co.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quality Truck Parts Attn: Greg Ferrier 25117 May Street Edwardsburg, MI 49112** | | **All Asset Lien** | | **$422,572.00** | **$0.00** | **$422,572.00** |
| **Sandhills Global PO Box 85673 Lincoln, NE 68501** | 402-479-2140 | **Advertising** | | | | **$1,675.00** |
| **Semco Energy PO Box 5004 Port Huron, MI 48061-5004** | | **Utilities - March Invoice** | | | | **$3,548.91** |
| **W.W. Williams PO Box 772022 Detroit, MI 48277-2022** | 313-584-6150 | **Vendor/Services** | | | | **$4,586.37** |
| **YRC Freight PO Box 93151 Chicago, IL 60673** | 800-610-6500 | **Vendor/Services** | | | | **$3,441.11** |

**Fill in this information to identify the case:**

Debtor name    **Atlas Heavy Engine Co.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $        **650,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $        **457,418.52**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $      **1,107,418.52**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **4,118,572.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $        **6,039.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **128,947.07**

4.  **Total liabilities** ....................................................................................
    Lines 2 + 3a + 3b        $      **4,253,558.07**

**Fill in this information to identify the case:**

Debtor name  **Atlas Heavy Engine Co.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$100.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Huntington Bank (#7068)** **Checking Account** | **Business Checking** | **7068** | **$1,684.00** |
| 3.2. | **United Federal Credit Union (#6741)** **Checking Account** | **Business Checking** | **6741** | **$1,280.00** |
| 3.3. | **United Federal Credit Union (#6733)** | **Savings Account** | **6733** | **$85,679.30** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$88,743.30**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **Atlas Heavy Engine Co.**                    Case number *(if known)* _____
_____
Name

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:          **0.00**  -          **0.00**  = ....          **$0.00**
                                 face amount          doubtful or uncollectible accounts

11b. Over 90 days old:          **63,851.42**  -          **63,851.42**  = ....          **$0.00**
                                 face amount          doubtful or uncollectible accounts

**12.    Total of Part 3.**                                                          **$0.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale | | | | |
| 22.  Other inventory or supplies Book value as of February 28, 2023: $794,375.00.  Last Inventory Printout: February 16, 2023. Estimated Liquidation Value is $200,000.00. | | $794,375.00 | Liquidation | $200,000.00 |

**23.    Total of Part 5.**                                                          **$200,000.00**
Add lines 19 through 22.  Copy the total to line 84.

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Debtor    **Atlas Heavy Engine Co.**                    Case number *(If known)* _____
Name

- ■ No
- ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Estimated Liquidation Value of Office Furniture $2,500.00**<br>**Comprised of miscellaneous used office furnishings, including nine used workstations, nine used computers with monitors, chairs, shelves, trash cans, etc.** | **$21,344.00** | **Liquidation** | **$2,500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Esimated Liquidation value of Software $500.00** | **$4,555.00** | **Liquidation** | **$500.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | | **$3,000.00** |
    |---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ■ No
    - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

Debtor   **Atlas Heavy Engine Co.**
_____
Name

Case number *(If known)* _____

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2004 Ford F 450 Truck (VIN # 1FDXF46P74EA64985)**<br><br>**2013 Ford F150 Truck (VIN # 1FTFW1ET0DKE30879)**<br><br>**2000 Dodge Ram 3500 Truck (VIN # 1B7MC3362YJ166780)**<br><br>**Book value for three vehicles: $10,7666.00.  Vehicles in poor condition. Accordingly, book value also used as estimated liquidation value.**<br>**All vehicles insured by Frankenmuth Insurance through 09/27/2023.** | **$10,766.60** | **N/A** | **$10,766.60** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery/Equipment: Dip Parts Washer; Schrader 4 x 10 Dip Tank; Sunnen Dual Bore and Setting Fixture; Pallet Racking; Boomcrane; Compressors; Welder; Fork Lifts (x 3).**<br><br>**Bookvalue = $45,416.05**<br>**Estimated Liquidation Value = $15,500.00** | **$45,416.05** | **Liquidation** | **$15,500.00** |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$26,266.60** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **Atlas Heavy Engine Co.**                                    Case number *(If known)* _____
_____
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **1515 Old US Highway 31 North<br>Niles, Michigan 49120<br>Tax ID #<br>11-14-0023-0038-00-4**<br><br>**Real property insured by Frankenmuth Insurance through 09/27/2023.** | Fee simple | $607,893.00 | Comparable sale | $650,000.00 |

| | |
|---|---|
| 56.    **Total of Part 9.**<br><br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $650,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **2022 Tax Refunds (Federal $54,000.00/State $22,000.00)**   Tax year **2002** | $76,000.00 |

73.    **Interests in insurance policies or annuities**

Debtor   **Atlas Heavy Engine Co.**                          Case number *(If known)* _____
_____
        Name

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Claims against Gregory Ferrier and/or Quality Truck Parts, Inc.:** | |
| | **A.  $6,443.73 improperly paid to Mr. Ferrier at closing.** | |
| | **B.  $56,964.89 ($95,214.89 reduced by contractual base of $38,250.00 from Purchase Agreement) for warranties paid by Atlas for engines sold by Ferrier** | **$63,408.62** |
| | Nature of claim | |
| | Amount requested                     **$0.00** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                            **$139,408.62**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

Debtor    **Atlas Heavy Engine Co.**                                   Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $88,743.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $200,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $26,266.60 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $650,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $139,408.62 | |
| 91. **Total.** Add lines 80 through 90 for each column | $457,418.52 + 91b. | $650,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,107,418.52 |

---

**Fill in this information to identify the case:**

Debtor name    **Atlas Heavy Engine Co.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
   amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Huntington Bank**<br>Creditor's Name<br><br>**Commercial Loan Servicing**<br>**2361 Morse Rd**<br>**Columbus, OH 43229**<br>Creditor's mailing address<br><br>**lhall@plunkettcooney.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/08/2021**<br>**Last 4 digits of account number**<br>**5274**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**1515 Old US Highway 31 North**<br>**Niles, Michigan 49120**<br>**Tax ID # 11-14-0023-0038-00-4**<br><br>**Real property insured by Frankenmuth**<br>**Insurance through 09/27/2023.**<br><br>Describe the lien<br>**First Mortgage**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,392,000.00** | **$650,000.00** |
| **2.2** **Huntington Bank**<br>Creditor's Name<br>**Commercial Loan Servicing**<br>**2361 Morse Rd**<br>**Columbus, OH 43229**<br>Creditor's mailing address<br><br>**lhall@plunkettcooney.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/2021**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Inventory, chattel paper, accounts, intangibles.**<br><br>Describe the lien<br>**UCC Personal Property**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $304,000.00 | $0.00 |

Debtor  **Atlas Heavy Engine Co.**                                    Case number (if known) _____
　　　　Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Quality Truck Parts** | Describe debtor's property that is subject to a lien | $422,572.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Greg Ferrier**
**25117 May Street**
**Edwardsburg, MI 49112**

Creditor's mailing address

**All Asset Lien**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/08/2021**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,118,572.00 |
|---|---|---|

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Huntington National Bank**<br>**Suite 700-M1224**<br>**40 Pearl St., N.W.**<br>**Grand Rapids, MI 49503** | Line  **2.1** | |
| **Plunkett Cooney**<br>**Lisa A. Hall**<br>**333 Bridge Stree NW**<br>**Suite 530**<br>**Grand Rapids, MI 49504** | Line  **2.1** | |
| **Rhoades McKee PC**<br>**Attn: Jonathan J. Siebers**<br>**55 Campau Ave. NW**<br>**Suite 300**<br>**Grand Rapids, MI 49503** | Line  **2.3** | |

---

Debtor    **Atlas Heavy Engine Co.**
Name

Case number (*if known*) _____

**Small Business Administration**
**Office of Manag. and Budget**
**New Executive Office**
**Room 10202**
**Washington, DC 20503**

Line  **2.1**

**Fill in this information to identify the case:**

Debtor name    **Atlas Heavy Engine Co.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Andy Staten**<br>**25541 McKenzie St**<br>**Dowagiac, MI 49047** | $982.00 | $982.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current through last pay period.  Amounts listed are estimated pro rata for current work period  through the date of filing.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Arielle Davis**<br>**1119 Pearson Ave**<br>**Niles, MI 49120** | $414.00 | $414.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current through last pay period.  Amounts listed are estimated pro rata for current work period  through the date of filing.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Atlas Heavy Engine Co.**                                    Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.00 | $632.00 |

**Charles Hammond**
**108 Edwards St**
**Dowagiac, MI 49047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current through last pay period.  Amounts listed are pro rata for current work period through the date of filing.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current (For Notice Only)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,150.00 | $0.00 |

**Jason Long**
**1119 Pearson Ave**
**Niles, MI 49120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current through last pay period.  Amounts listed are estimated pro rata for current work period  through the date of filing.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $940.00 | $940.00 |

**Joseph Emerling**
**401 Berrien St**
**Buchanan, MI 49107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current through last pay period.  Amounts listed are estimated pro rata for current work period  through the date of filing.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor     **Atlas Heavy Engine Co.**
_____
Name
Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,105.00   $1,105.00 |

| 2.7 | Priority creditor's name and mailing address **Kathleen Long** **1119 Pearson Ave** **Niles, MI 49120** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,105.00   $1,105.00 |
|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Current through last pay period.  Amounts listed are estimated pro rata for current work period  through the date of filing.** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| 2.8 | Priority creditor's name and mailing address **Michigan Department of Treasury** **PO Box 30199** **Lansing, MI 48909** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00   $0.00 |
|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Current (For Notice Only)** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | |

| 2.9 | Priority creditor's name and mailing address **Steve Hardy** **2016 N Old US 31 Apt 7** **Niles, MI 49120** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $816.00   $816.00 |
|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Current through last pay period.  Amounts listed are estimated pro rata for current work period  through the date of filing.** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 2:**     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address **AEP - Indiana Michigan Power** **PO Box 24401** **Canton, OH 44701-4401** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,563.41 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number  2131 | Basis for the claim:  Utility Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Atlas Heavy Engine Co.**                                                    Case number (if known) _____
_____
Name

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,822.52 |
|---|---|---|---|

**American Express**
PO Box 60189
City of Industry, CA 91716-0189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1001**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,262.11 |
|---|---|---|---|

**American Express**
PO Box 60189
City of Industry, CA 91716-0189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1008**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.67 |
|---|---|---|---|

**Amerigas**
PO Box 45264
Westlake, OH 44145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9830**

Basis for the claim:  **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,033.00 |
|---|---|---|---|

**Brunetti Express**
6254 W. Fallsgrove Ln
Port Orange, FL 32128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,377.23 |
|---|---|---|---|

**Central Transport**
PO Box 33299
Detroit, MI 48232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.32 |
|---|---|---|---|

**City of Niles Utilites Dept**
333 N 2nd St STE 101
Niles, MI 49120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

Basis for the claim:  **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Clarksville Stave & Lumber Co**
2808 Jasper Rd
Xenia, OH 45385

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Atlas Heavy Engine Co.**                                    Case number *(if known)* _____
_____
Name

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.00 |

**Fox Fire Safety**
**4605 Lincolnway East**
**Mishawaka, IN 46544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,369.91 |

**Henry & Sons Equipment Repair**
**203 W Polk**
**Shelburn, IN 47879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,999.64 |

**Huntington Bank**
**Commercial Loan Servicing**
**2361 Morse Rd**
**Columbus, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $432.37 |

**International Chemical Company**
**2628-48 North Mascher St**
**Philadelphia, PA 19133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**Market Mesh Truck Parts Dealer**
**114 W 8th St**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,995.00 |

**Movin' Out**
**PO Box 97**
**Slipper Rock, PA 16054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,682.50 |

**Noland Cylinder Head Service**
**1519 Charlone**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __Vendor/Services__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Atlas Heavy Engine Co.**                                    Case number (*if known*) _____
Name

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,675.00 |

**Sandhills Global**
PO Box 85673
Lincoln, NE 68501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  _Advertising_

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,548.91 |

**Semco Energy**
PO Box 5004
Port Huron, MI 48061-5004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _15-0318.503_

**Basis for the claim:**  _Utilities - March Invoice_

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |

**Summit Media Solutions**
PO Box 1149
Kearney, MO 64060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  _Advertising_

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Unemployment Insurance Agency
Bankruptcy Unit**
3024 W. Grand Blvd. Ste 12-100
Detroit, MI 48202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  _Current - for notice only_

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,586.37 |

**W.W. Williams**
PO Box 772022
Detroit, MI 48277-2022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  _Vendor/Services_

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,441.11 |

**YRC Freight**
PO Box 93151
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  _Vendor/Services_

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **IRS**<br>PO Box 802503<br>Cincinnati, OH 45280 | Line  _2.4_ <br><br>☐ Not listed. Explain ____ | ___ |

| Debtor | **Atlas Heavy Engine Co.** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Michigan Attorney General**<br>**525 W Ottawa Street**<br>**Po Box 30212**<br>**Lansing, MI 48909** | Line __2.8__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Office of Attorney General**<br>**for District of Columbia**<br>**400 6th St NW**<br>**Washington, DC 20001** | Line __2.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Plunkett Cooney**<br>**Lisa A. Hall**<br>**333 Bridge Stree NW**<br>**Suite 530**<br>**Grand Rapids, MI 49504** | Line __3.11__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **U.S Attorneys Office**<br>**Civil Division - WDMI**<br>**PO Box 208**<br>**Grand Rapids, MI 49501-0208** | Line __2.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **United States Attorney**<br>**Attn: Donna Justice**<br>**330 Ionia Ave NW**<br>**The Law Bldg, Ste 501**<br>**Grand Rapids, MI 49503** | Line __2.4__<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 6,039.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 128,947.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 134,986.07 |

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 7 of 7

**Fill in this information to identify the case:**

Debtor name **Atlas Heavy Engine Co.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Atlas Heavy Engine Co.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Erin B. Campbell** | **720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | **Huntington Bank** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Richard Joseph Campbell** | **720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | **Huntington Bank** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Richard Joseph Campbell** | **720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | **American Express** | ☐ D _____<br>■ E/F ___**3.2**___<br>☐ G _____ |
| 2.4 | **Richard Joseph Campbell** | **720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | **American Express** | ☐ D _____<br>■ E/F ___**3.3**___<br>☐ G _____ |
| 2.5 | **Richard Joseph Campbell** | **720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | **Huntington Bank** | ☐ D _____<br>■ E/F ___**3.11**___<br>☐ G _____ |

Debtor    **Atlas Heavy Engine Co.**                                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| 2.6 | **Richard Joseph Campbell** | **720 Peebles Avenue Morgan Hill, CA 95037** | **Huntington Bank** | ■ D ___**2.2**___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Atlas Heavy Engine Co.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **7/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,357,297.00** |
| **For year before that:**<br>From  **7/01/2021** to  **6/30/2022** | ■ Operating a business<br>☐ Other  _____ | **$2,290,028.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **2nd Chance Diesel**<br>**970 Premier Dr Ste A**<br>**Kearney, MO 64060** | **90 days prior to Filing** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Atlas Heavy Engine Co.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Adelman's**<br>2000 Waynesburg Dr SE<br>Canton, OH 44707 | **90 days prior to filing** | **$58,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Advanced Engine**<br>12549 Hwy 6<br>Plymouth, IN 46563 | **90 days prior to filing** | **$11,925.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Central Transport**<br>PO Box 33299<br>Detroit, MI 48232 | **90 days prior to filing** | **$7,597.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Berryhill Auctioneers**<br>704 Bent Tree Ct<br>Hurst, TX 76054 | **90 days prior to filing** | **$18,520.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **JBM Ventures**<br>2527 S Old US 31<br>Rochester, IN 46975 | **90 days prior to filing** | **$50,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Kruggel Lawton CPA**<br>211 S. Michigan Street STE 200<br>South Bend, IN 46601 | **90 days prior to filing** | **$14,033.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Pai Industries, Inc**<br>950 Northbrook Pkwy<br>Suwanee, GA 30024 | **90 days prior to filing** | **$47,397.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Sandhills Global**<br>PO Box 85673<br>Lincoln, NE 68501 | **90 days prior to filing** | **$26,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__Advertising__ |

Debtor    **Atlas Heavy Engine Co.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **YRC Freight**<br>**PO Box 93151**<br>**Chicago, IL 60673-3151** | **90 days prior to filing** | **$29,820.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Sams Riverside Inc.**<br>**3900 Vandalia Rd**<br>**Des Moines, IA 50317** | **90 days prior to filing** | **$15,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Semco**<br>**PO Box 5004**<br>**Port Huron, MI 48061-5004** | **90 days prior to filing** | **$9,693.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **Truck Component Services**<br>**403 E. Evergreen Rd**<br>**Strafford, MO 65757** | **90 days prior to filing** | **$11,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Weller Auto Parts**<br>**2525 Chicago Dr., SW**<br>**Wyoming, MI 49519** | **90 days prior to filing** | **$10,337.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **W.W. Williams**<br>**PO Box 772022**<br>**Detroit, MI 48277-2022** | **90 days prior to filing** | **$7,598.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Richard Joseph Campbell**<br>**720 Peebles Avenue**<br>**Morgan Hill, CA 95037**<br>**President/Shareholder** | | **$20,758.00** | **Reimbursements for business expenses.** |

| Debtor | Atlas Heavy Engine Co. | Case number *(if known)* | |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | The Huntington National Bank v. Atlas Heavy Engine Co.; Richard J. Campbell; and Erin B. Campbell<br>23-0025-CBH | Civil | 2nd Circuit Court<br>811 Port Street<br>Saint Joseph, MI<br>49085-1187 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

Debtor   **Atlas Heavy Engine Co.**                                          Case number *(if known)*

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | **Attorney Fees:**<br>**10/22/2022: $5,000.00 retainer to review debt relief options.**<br>**02/07/22: $20,000.00 Retainer for Chapter 11** | | |
| | **CBH Attorneys & Counselors, PLLC.**<br>**MAIN OFFICE**<br>**25 Division Avenue S., Suite 500**<br>**Grand Rapids, MI 49503** | **Total Earned Fees and Costs (including Chpter 11 filing fee) Paid Prior to filing: $20,354.00**<br>**Remaining Retainer:$4,646.80** | | **$20,354.00** |
| | Email or website address<br>**nikki@chasebylenga.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Scapped** | **Golf Cart Club Car - not operating.**<br>**Scrapped on 12/01/2021** | **2021** | **$0.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.2. | **Former Employee** | **1988 Chevy 1500 4x4 (VIN No. 1FDXF46P7EA64985)**<br>**Sold to former employee for $750.00.** | **03/15/22** | **$750.00** |
| | Relationship to debtor<br>**Former Employee** | | | |

---

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**

Debtor   **Atlas Heavy Engine Co.**                                   Case number *(if known)*

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

    　　☐ No Go to Part 10.
    　　■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Atlas Heavy Engine Co. 401k Plan** | EIN: **87-1825505** |

    Has the plan been terminated?
    ■ No
    ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Atlas Heavy Engine Co.**                              Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Quality Truck Parts Attn: Greg Ferrier 25117 May Street Edwardsburg, MI 49112** | **1515 Old US Highway 31 North Niles, MI 49120** | **Excess Inventory belonging to prior owner, Quality Truck Parts, Inc.  Estimated value of $54,000.00** | **$54,400.00** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **Atlas Heavy Engine Co.**                                      Case number *(if known)*

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Kruggel Lawton & Company, LLC**<br>**210 S. Michigan Street**<br>**Suite 200**<br>**South Bend, IN 46601** | **July 2021 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Kruggel Lawton & Company, LLC**<br>**210 S. Michigan Street**<br>**Suite 200**<br>**South Bend, IN 46601** | **July 2021 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Kruggel Lawton & Company, LLC**<br>**210 S. Michigan Street**<br>**Suite 200**<br>**South Bend, IN 46601** | **July 2021 to Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Huntington Bank**<br>**Commercial Loan Servicing**<br>**2361 Morse Rd**<br>**Columbus, OH 43229** |

Debtor    **Atlas Heavy Engine Co.**                                   Case number *(if known)*

---

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | **December 9, 2022** | |
| | Name and address of the person who has possession of inventory records | | |
| | **Atlas Heavy Engine Co.**<br>**1515 Old US Highway 31 North**<br>**Niles, MI 49120** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Joseph Campbell** | **720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | **President** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Erin B. Campbell** | **720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | **Officer of Company** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Richard Joseph Campbell**<br>**720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | **Salary: $41,346.20 (last payment 07/08/2022)**<br>**Expense Reimbursements: $20,758.34** | | **Earned Wages and Expense Reimbursements.** |
| | Relationship to debtor<br>**Shareholder/President** | | | |

---

Debtor    **Atlas Heavy Engine Co.**                          Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Erin B. Campbell**<br>**720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | **Salary: $13,000.00 (last payment 07/01/2022)** | **01/01/2022 to 07/01/2022** | **Earned Wages** |
| | Relationship to debtor<br>**Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2023**

**/s/ Richard J. Campbell**                          **Richard J. Campbell**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President/Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re  **Atlas Heavy Engine Co.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Atla Heavy Engine Co 401(k)**<br>**f/b/o Richard Campbell**<br>**720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | | **13985** | **Common Stock** |
| **Richard Joseph Cambell**<br>**720 Peebles Avenue**<br>**Morgan Hill, CA 95037** | | **350** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 13, 2023**

Signature  **/s/ Richard J. Campbell**

**Richard J. Campbell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Western District of Michigan

In re   **Atlas Heavy Engine Co.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 13, 2023**

**/s/ Richard J. Campbell**

**Richard J. Campbell**/**President/Member**
Signer/Title

```
AEP - INDIANA MICHIGAN POWER
PO BOX 24401
CANTON OH 44701-4401


AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189


AMERIGAS
PO BOX 45264
WESTLAKE OH 44145


ANDY STATEN
25541 MCKENZIE ST
DOWAGIAC MI 49047


ARIELLE DAVIS
1119 PEARSON AVE
NILES MI 49120


BRUNETTI EXPRESS
6254 W. FALLSGROVE LN
PORT ORANGE FL 32128


CENTRAL TRANSPORT
PO BOX 33299
DETROIT MI 48232


CHARLES HAMMOND
108 EDWARDS ST
DOWAGIAC MI 49047


CITY OF NILES UTILITES DEPT
333 N 2ND ST STE 101
NILES MI 49120


CLARKSVILLE STAVE & LUMBER CO
2808 JASPER RD
XENIA OH 45385


ERIN B. CAMPBELL
720 PEEBLES AVENUE
MORGAN HILL CA 95037
```

```
FOX FIRE SAFETY
4605 LINCOLNWAY EAST
MISHAWAKA IN 46544


HENRY & SONS EQUIPMENT REPAIR
203 W POLK
SHELBURN IN 47879


HUNTINGTON BANK
COMMERCIAL LOAN SERVICING
2361 MORSE RD
COLUMBUS OH 43229


HUNTINGTON NATIONAL BANK
SUITE 700-M1224
40 PEARL ST., N.W.
GRAND RAPIDS MI 49503


INTERNAL REVENUE
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTERNATIONAL CHEMICAL COMPANY
2628-48 NORTH MASCHER ST
PHILADELPHIA PA 19133


IRS
PO BOX 802503
CINCINNATI OH 45280


JASON LONG
1119 PEARSON AVE
NILES MI 49120


JOSEPH EMERLING
401 BERRIEN ST
BUCHANAN MI 49107


KATHLEEN LONG
1119 PEARSON AVE
NILES MI 49120


MARKET MESH TRUCK PARTS DEALER
114 W 8TH ST
SANTA ROSA CA 95401
```

```
MICHIGAN ATTORNEY GENERAL
525 W OTTAWA STREET
PO BOX 30212
LANSING MI 48909


MICHIGAN DEPARTMENT
OF TREASURY
PO BOX 30199
LANSING MI 48909


MOVIN' OUT
PO BOX 97
SLIPPER ROCK PA 16054


NOLAND CYLINDER HEAD SERVICE
1519 CHARLONE
KANSAS CITY MO 64108


OFFICE OF ATTORNEY GENERAL
FOR DISTRICT OF COLUMBIA
400 6TH ST NW
WASHINGTON DC 20001


PLUNKETT COONEY
LISA A. HALL
333 BRIDGE STREE NW
SUITE 530
GRAND RAPIDS MI 49504


QUALITY TRUCK PARTS
ATTN: GREG FERRIER
25117 MAY STREET
EDWARDSBURG MI 49112


RHOADES MCKEE PC
ATTN: JONATHAN J. SIEBERS
55 CAMPAU AVE. NW
SUITE 300
GRAND RAPIDS MI 49503


RICHARD JOSEPH CAMPBELL
720 PEEBLES AVENUE
MORGAN HILL CA 95037
```

```
SANDHILLS GLOBAL
PO BOX 85673
LINCOLN NE 68501


SEMCO ENERGY
PO BOX 5004
PORT HURON MI 48061-5004


SMALL BUSINESS ADMINISTRATION
OFFICE OF MANAG. AND BUDGET
NEW EXECUTIVE OFFICE
ROOM 10202
WASHINGTON DC 20503


STEVE HARDY
2016 N OLD US 31 APT 7
NILES MI 49120


SUMMIT MEDIA SOLUTIONS
PO BOX 1149
KEARNEY MO 64060


U.S ATTORNEYS OFFICE
CIVIL DIVISION - WDMI
PO BOX 208
GRAND RAPIDS MI 49501-0208


UNEMPLOYMENT INSURANCE AGENCY
BANKRUPTCY UNIT
3024 W. GRAND BLVD. STE 12-100
DETROIT MI 48202


UNITED STATES ATTORNEY
ATTN: DONNA JUSTICE
330 IONIA AVE NW
THE LAW BLDG, STE 501
GRAND RAPIDS MI 49503


W.W. WILLIAMS
PO BOX 772022
DETROIT MI 48277-2022


YRC FREIGHT
PO BOX 93151
CHICAGO IL 60673
```

# United States Bankruptcy Court
## Western District of Michigan

In re   **Atlas Heavy Engine Co.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Atlas Heavy Engine Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 13, 2023**

Date

**/s/ Steven M. Bylenga**

**Steven M. Bylenga P73492**

Signature of Attorney or Litigant

Counsel for   **Atlas Heavy Engine Co.**

**CBH Attorneys & Counselors, PLLC.**
**MAIN OFFICE**
**25 Division Avenue S., Suite 500**
**Grand Rapids, MI 49503**
**616-608-3061 Fax:616-719-3782**
**nikki@chasebylenga.com**